

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00364-CV

**IN THE INTEREST OF J.L.B., ET AL.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00174
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED November 1, 2017.

_____
Irene Rios, Justice